■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM APPLINS, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Onondaga County, Gorman, J.—attempted robbery, second degree.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.

■ In the Matter of ERNEST PELTZ.—Order entered reinstating petitioner as an attorney and counselor-at-law. Present—Dillon, P. J., Callahan, Doerr, Denman and Green, JJ.

■ MARY LOPEZ, Respondent, v JOSEPH LOPEZ, Appellant.—Motion, insofar as it requests a stay, denied; insofar as it requests poor person relief, denied with leave to renew before the trial court. (Jenks v Murphy, 21 AD2d 346.)

■ In the Matter of MAVIS CHRISTIAN, Respondent. JOSEPH CARTY, Appellant.—Motion to set aside order and for other relief denied with leave to renew upon a showing that there are no alternative means to reconstruct a record for review upon appeal (see, People v Glass, 43 NY2d 283; People v Rivera, 39 NY2d 519).

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v LEROY GREEN, Defendant.—Motion to change venue of trial of indictment from Cayuga County Court to a superior court in another county denied. Memorandum: We conclude that defendant has not on this application met his burden of demonstrating that there is "reasonable cause to believe that a fair and impartial trial cannot be had" in Cayuga County (CPL 230.20 [2]). If it develops during the voir dire that a fair and impartial jury cannot be drawn, an appropriate application may then be made. The relief requested in the application before us now is premature. (See, People v Di Piazza, 24 NY2d 342; People v Hatch, 46 AD2d 721; People v Sekou, 45 AD2d 982, appeal dismissed 35 NY2d 844.) Present—Dillon, P. J., Callahan, Doerr, Denman and Boomer, JJ.